NOTE: This order is nonprecedential.

# United States Court of Appeals for the Federal Circuit

---

IN RE VERIZON BUSINESS NETWORK SERVICES INC., VERIZON ENTERPRISE DELIVERY LLC, VERIZON SERVICES CORP., AT&T CORP., QWEST COMMUNICATIONS CORPORATION, AND QWEST CORPORATION,

*Petitioners.*

---

Miscellaneous Docket No. 956

---

On Petition for Writ of Mandamus to the United States District Court for the Eastern District of Texas in case no. 08-CV-0215, Judge T. John Ward.

---

## ON PETITION FOR WRIT OF MANDAMUS

---

## ORDER

Verizon Business Network Services Inc. et al. (Verizon) submit a petition for a writ of mandamus to direct the United States District Court for the Eastern District of Texas to vacate its March 23, 2010 and August 3, 2010 orders, and to direct transfer to the United States District Court for the Northern District of Texas, Dallas Division.

Upon consideration thereof,

IT IS ORDERED THAT:

Red River Fiber Optic Corporation is directed to respond no later than September 10, 2010.

FOR THE COURT

**AUG 2 6 2010**
_____
Date

/s/ Jan Horbaly
Jan Horbaly
Clerk

FILED
U.S. COURT OF APPEALS FOR
THE FEDERAL CIRCUIT

AUG 2 6 2010

JAN HORBALY
CLERK

cc: Bryant C. Boren, Jr., Esq.
Brian D. Roche, Esq.
Geoffrey P. Eaton, Esq.
Douglas A. Cawley, Esq.
Clerk, United States District Court For The Eastern District Of Texas

s19